# BRYANT *v.* STATE

[No. 38, September Term, 1958.]

*Decided November 13, 1958.*

The cause was argued before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

*C. Oliver Goldsmith* for the appellant.

*Theodore C. Waters, Jr., Assistant Attorney General,* with whom were *C. Ferdinand Sybert, Attorney General, J. Harold Grady, State's Attorney for Baltimore City,* and *John C. Weiss, Assistant State's Attorney,* on the brief, for the appellee.

PER CURIAM.

In this case, the defendant appeared in court without counsel, plead guilty to one count of an indictment and was sen-

tenced to four years' confinement in the Maryland House of Correction.

He was not advised of his right to obtain counsel in accordance with Rule 723 b of the Maryland Rules; and the record not only fails to show affirmatively, compliance with Rule 723, but, on the contrary, shows a failure to comply therewith.

For the reasons set forth by Chief Judge Brune in the case of *Hill v. State,* 218 Md. 120, just decided, the judgment and sentence must be reversed and case remanded for a new trial.

*Judgment and sentence reversed, and case remanded for a new trial.*